# EXHIBIT "B"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

1. Submit To Appropriate Federal Agency:
Bureau of Prisons
Western Regional
7950 Dublin Ave. 3rd Floor
Dublin, Ca. 94568

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)
Neil Sugerman
#56705-097
USP Victorville
P.O. Box 5500, Adelanto, CA 92301

3. TYPE OF EMPLOYMENT: MILITARY / CIVILIAN
4. DATE OF BIRTH: 10-05-49
5. MARITAL STATUS: Single
6. DATE AND DAY OF ACCIDENT: Sept 8, 2005
7. TIME (A.M. OR P.M.): 7:40 A.M.

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On 9/8/05 at about 7:40 A.M. a C/O Cobos went into my cell (239), Unit 2B and took (2) two law books (Federal Rules of Civil Procedure & Federal Rules of Criminal Procedure. No confiscation form was written or justification for such cell search. Said C/O was observed by several inmates leaving with said law books. (Inmate statement attached)

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
|  |  |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $250 |  |  | $250 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)
13b. Phone number of signatory: USP Victorville
14. DATE OF CLAIM: 8/10/05

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.)

95-108   NSN 7540-00-634-4046
Previous editions not usable

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

06 0708   FILED
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
 (a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

 (b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

 (c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

 (d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,
to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?   Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number.   No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   No

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)   None

19. Do you carry public liability and property damage insurance?   Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*)   No

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

September 10, 2005

Harlan Penn
Regional Counsel
Western Regional Office
7950 Dublin Ave., 3rd Floor
Dublin, Ca. 94568

Re: Tort Claim/BP-8 Grievance for C/O Cobos Taking
of Inmate Property without Justification and
Lack of Procedures

Dear Mr. Penn:

I am filing this Tort claim as a result of a Correctional Officer Cobos going into my cell, #230 in Unit 2B, at USP Victorville and taking (2) two of my Law books without justification and in violation of Program Statement 5521.05, <u>Searches of Housing Units, Inmates and Inmate Work Areas</u>. C/O Cobos was observed by several inmates going into my room after I left on an Education movement at 7:30 A.M. on Thursday, September 8, 2005. There was <u>no</u> CONFISCATION FORM DONE OR REASON GIVEN FOR SUCH SEARCH. The books in question came through R & D here when I transferred here from USP Lompoc and are on my property form which I have attached along with a statement of an inmate who confronted C/O Cobos after he left my cell carrying said Law books.

Sincerely Yours,

Neil Sugarman
#56725-097
USP Victorville

U.S. Department of Justice  
Federal Bureau of Prisons

**Inmate Personal Property Record—**  
Institution: _____

| 1. Name: | 2. Register Number: | 3. Unit: | 4. Date and Time of Inventory |

5. Purpose of Inventory (check one that applies): Date and Time of Action: _____  
a.___ Admission  b.___ Hospital  c.___ Writ  d.___ Transfer  e.___ Detention  f.___ Release  
g.___ Incoming package  h.___ Other (specify)

6. Disposition (Disp.)  
D – Donated   M – Mail   S – Storage  
K – Keep in Possession  
C – Contraband (Attach BP-Record-102)

7. Type of Property:

a. Personally Owned Items  
| # | Article | Disp. |
- Batteries
- Belt
- Billfold
- Books, reading hard___, soft___
- Books, religious hard___, soft___
- Brassiere
- Cap, Hat
- Coat
- Coins
- Comb
- Combination lock
- Dress
- Driver's license
- Earplugs
- Eyeglass case
- Eyeglasses
- Gloves
- Hair brush/pick
- Handkerchief
- Jacket
- Jogging suit
- Legal Materials
- Letters
- Magazines
- Mirror
- Nail Clippers
- Pant/slacks
- Pen, ballpoint
- Pencils
- Personal papers
- Photo album
- Photos

| # | Article | Disp. |
- Plastic spoon, cup
- Playing cards
- Purse
- Radio (w/earplug)
- Religious medals
- Ring
- Shirt/blouse
- Shoes
- Shoes, shower
- Shoes, slippers
- Shoes, tennis
- Shorts
- Skirt
- Slip
- Social security card
- Socks
- Socks, athletic
- Stamps
- Stockings
- Sunglasses
- Sweater
- Sweat pants
- Sweat shirt
- Trophy
- T-Shirts
- Underwear
- Watch/watch band
- Wig

b. Hygiene, etc.  
| # | Article | Disp. |
- Dental floss
- Dentures
- Deodorant
- Hair oil
- Noxzema
- Powder
- Razor
- Razor blades
- Shampoo
- Shaving lotion
- Skin lotion
- Soap
- Soap dish
- Toothbrush
- Toothpaste

c. Hobbycrafts  
| # | Article | Disp. |

d. Food/Tobacco Items  
| # | Article | Disp. |
- Canned tobacco
- Chewing tobacco
- Cigarettes
- Cigars, snuff
- Coffeemate
- Cold drink mix, soda
- Fruit
- Honey, Hi-protein
- Instant chocolate
- Instant coffee
- Instant tea
- Pipe cleaner/filters
- Pipes

e. Miscellaneous (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00  
Description of Property                                  Value Alleged by Inmate

☐ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.  
Comments

Printed Name/Signature of Receiving Officer: _____ Date:_____ Time:_____

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.:_____ Date:_____ Time:_____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.  
Comments

Printed Name/Signature of Releasing Officer: _____ Date:_____ Time:_____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.:_____ Date:_____ Time:_____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

USP LVN

BP-383(58)  
October 1982