# EXHIBIT "C"



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

SEP 28 2005

**VIA CERTIFIED MAIL**

Neil Sugarman
Reg. No. 56725-097
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

Re:     Administrative Claim No. TRT-WXR-2005-03773

Dear Mr. Sugarman:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $250,000.00 in compensation for alleged personal injury as a result of events at the United States Penitentiary (USP), Victorville, California, on or about June 20, 2005.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn
Regional Counsel

cc:     Warden
        USP Victorville, California

HWP/tad

06 0708



FILED
APR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT