"SKY DOG"
AKA Neil Paris Sugarman
Fed. Reg. No. 56725-097
FCI II (MEDIUM) VICTORVILLE
P.O. BOX 5700
ADELANTO, CA. 92301

FILED
APR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

"SKY DOG",
AKA NEIL PARIS SUGARMAN,
    Plaintiff,

V.

UNITED STATES OF AMERICA,
    Defendant.

Case No. 06 0708

MOTION TO TAKE LEAVE TO PROCEED IN FORMA PAUPERIS ON APPLICATION AND MEMOR-ANDUM IN SUPPORT OF SUIT UNDER FEDERAL TORT CLAIM ACT (28 USCS §1346) AND 18 USC §4042 (DUTY OF CARE)

COMES NOW, "SKY DOG", AKA Neil Paris Sugarman, Pro Se, respectfully moves this Honorable Court for an Order granting Plaintiff Leave to Proceed In Forma Pauperis on Application and Memorandum in Support of Suit under Federal Tort Claim Act (28 USCS §1346) AND 18 USC §4042 (Duty of Care).

As grounds therefore, the following is stated under penalty of perjury pursuant to 28 U.S.C. §1746.

1. I am the Plaintiff in the above captioned Suit.

2. I am indigent, as a result of years (11) in prison and I don't have the money assets, or other sources to pay the filing fee or other court costs as a result of the filing of this application and Memorandum in Support of Suit under Federal Tort Claim Act (28 USCS §1346) and 18 USC §4042 (Duty of Care).

3. The Courts have previously found me indigent in all previous court proceedings (in trial, on direct appeal and in all

RECEIVED
MAR 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

post-conviction proceedings.

I hereby state that the foregoing is true and correct.

Signed and dated this 27th day of March 2006.

_____
"Sky Dog"
AKA Neil Paris Sugarman
#56725-097

PLAINTIFF/PETITIONER/MOVANT'S NAME "SKYDOG", AKA NEIL ARI SUGARMAN

PRISON NUMBER #56285-097

PLACE OF CONFINEMENT FCI II (MEDIUM) VICTORVILLE

ADDRESS P.O. BOX 5700
ADELANTO, CA. 92301

# United States District Court

NEIL ARI SUGARMAN,
Plaintiff/Petitioner/Movant

v.

J. WRIGLEY, WARDEN,
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____ declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?         ☒ Yes ☐ No
   Do you receive any payment from the institution? ☒ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

RECEIVED
MAR 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0708
FILED
APR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIV-67 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   $5.25 A month (maintaince pay)

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment  ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance          ☐ Yes ☒ No
   d. Disability or workers compensation             ☐ Yes ☒ No
   e. Social Security, disability or other welfare   ☐ Yes ☒ No
   e. Gifts or inheritances                          ☐ Yes ☒ No
   f. Spousal or child support                       ☐ Yes ☒ No
   g. Any other sources                              ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:           Year:           Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *NONE*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *No*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  *NONE*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. *MONEY SENT TO ME OCCASIONALLY BY MY BROTHER, RANDY SUGARMAN*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE 3/20/06

SIGNATURE OF APPLICANT
"SKY DOG"
AKA NEIL ARIF SUGARMAN
#56725-097
FCI II VICTORVILLE

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _NER PARIS JUGGRMN, #56725-097_ request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

3/27/06
DATE

SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1