"SKY DOG"
AKA NEIL PARIS SUGARMAN
Reg. No. 56725-097
P.O. Box 5700
Adelanto, Ca.   92301

RECEIVED
JUN 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pro Se, Litigant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| "SKY DOG", <br> AKA NEIL PARIS SUGARMAN <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No. 1:06-cv-00708-RWR <br><br> MOTION TO TAKE LEAVE FOR PLAINTIFF'S SUIT UNDER FTCA (28 USC §§1346, 2671 ET SEQ) AND 18 USC §4042, TO BE HELD IN ABEYANCE FOR (90) NINETY DAYS |

MOTION TO HOLD IN ABEYANCE

COMES NOW, Plaintiff, Pro Se, hereinafter known as "Sky Dog", asks this Honorable Court to hold his Suit under the Federal Tort Claim Act ("FTCA") (28 USC §§1346, 2671 et. seq.) to be held in abeyance for (90) ninety days.

Plaintiff did file such a Suit on March 27, 2006; and in a timely manner.  Such Suit raises (2) two seperate claims of Medical Negligence, and the Plaintiff has additional claims (Torts), for loss of property to be raised that are ripe. So, it is the Plaintiff's intention to Amend/Supplement the original Suit with additional claims and also offer exhibits and declarations from doctors that would verify Plaintiff's medical condition, needs and extent of injuries caused by the United States of America and/or it's agents, the Bureau of Prisons (B.O.P.).

So, in order to accomplish this end, Plaintiff will need additional time, to assemble such documents, write a Motion to Amend/Supplement and make photo copies. Such a (90) ninety day extension of time (abeyance) is with merit and in the best interest of justice.

Respectfully Submitted.

Dated this 31st day of March 2006.

_____
"SKY DOG"
AKA NEIL PARIS SUGARMAN
Fed. Reg. No. 56725-097
FCI II (Medium) Victorville
P.O. Box 5700
Adelanto, Ca. 92301