UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NEIL P. SUGARMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0708 (RWR) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of July 2006, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>Neil P Sugarman
>Reg. No. 56725-097
>PO Box 5700
>Adelanto CA 92301
>*pro se Plaintiff*

_____
KATHLEEN KONOPKA
Assistant United States Attorney