# Exhibit 1



U.S. Department of Justice

Federal Bureau of Prisons

Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

**VIA CERTIFIED MAIL**

NOV 1 2005

Neil Sugarman
Reg. No. 56725-097
FCI Victorville II
P.O. Box 5700
Adelanto, CA 92301

Re:   Administrative Claim No. TRT-WXR-2005-04219

Dear Mr. Sugarman:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $100,000.00 in compensation for alleged personal injury as a result of events at the United States Penitentiary (USP), Victorville, California, on or about August 11, 2004.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn

Harlan W. Penn
Regional Counsel

cc:   Warden
      USP Victorville, California

HWP/tad