UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL P. SUGARMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00708 (RWR) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative, to Transfer, the memorandum of points and authorities in support thereof, any opposition, any reply, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion to Dismiss shall be, and hereby is, GRANTED; Plaintiff's Complaint is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE