IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL PARIS SUGARMAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | CIVIL ACTION No. 06-0708 (RWR)<br><br>MOTION TO CORRECT RECORDS TO<br>CONFORM WITH FILING |

COMES NOW, Plaintiff, Neil Paris Sugarman, a Pro Se litigant asks that this Honorable Court, to correct it's records, to reflect the true nature of the filing documents.

Plaintiff contends the Docket Sheet states "Cause 42:1983 Prisoner Civil Rights and Nature of Suit; 550 Prisoner; Civil Rights." Both assumptions are in-correct; in that I am not a state prisoner but he is housed in a Federal Penitentiary located at Adelanto, Ca.; and it should be abundantly clear; by the initial documents filed that Plaintiff is filing an action uuder the Federal Tort Claim Act, 28 U.S.C. 1346(b). If the plaintiff was filing a civil rights complaint, then he would be surely name individuals and be suing them in their individual capacity and not the United States which is the only correct party.

So, Plaintiff asks this Honorable Court for an Order, reflecting the true nature of the charging documents which would show Plaintiff as a federal prisoner and; in deed, he is filing a tort claim with the United States named as the only party.

Respectfully Submitted,

Dated this 27th day of July 2006

Neil Paris Sugarman
#56725-097

RECEIVED
AUG 7 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, __NEIL PERRY SUGARMAN__ hereby certify that I have served a true and correct copy of the following:

1) Motion to correct record to conform to found

2) Motion for a (30) day extension of time to comply with order of 6/30/06, to provide a legible copy of original complaint

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston v. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Kathleen Konopka
AUSA, 555 Fourth St. NW
Washington, DC 20530

and deposited same in the United States Postal Mail at the United States Penitentiary, California, on this: __29th__ day of: __July__, 2006

Neil Perry Sugarman
#45672S-057
USP Victorville